No. 97–1939. Taylor *v.* Ham, Individually and in His Official Capacity as Chief of Police, Ponca City Police

DEPARTMENT, ET AL. C. A. 10th Cir. Certiorari denied. ▮